# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Alcala-Perez**<br>YOB: 1995; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-07329MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 10, 2025, at or near Naco, in the District of Arizona, **Luis Alcala-Perez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on February 2, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Alcala-Perez** is a citizen of Mexico. On February 2, 2021, **Luis Alcala-Perez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On March 10, 2025, agents found **Luis Alcala-Perez** in the United States at or near Naco, Arizona, without the proper immigration documents. **Luis Alcala-Perez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Eric R. Wood

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
March 11, 2025

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing AUSA: Hopkins